IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TINA DODD, Individually and as special
administrator and personal representative
of the estate of Jeri Lynn Emmons                                   PLAINTIFF

v.                          No. 3:24-cv-121-DPM

UNION PACIFIC RAILROAD
COMPANY and CRAIG ANSELMI                                           DEFENDANTS

ORDER

Considering all the material circumstances, and the precedent, the Court grants Dodd's opposed motion to voluntarily dismiss her case without prejudice—but on a condition. Dodd has now explained her reasoning: She needs time to get a new lawyer, get experts, investigate potential facts about the flashing lights, and address the intoxication issue. The Court sees no forum shopping lurking in the record. Union Pacific's motion for summary judgment—which is based on the decedent stopping, and then driving onto the crossing in front of the train—is early. Discovery is open for three more months. Trial is not scheduled until December 2026. If the case is refiled, then the railroad can recycle most, if not all, of the work done to date—the toxicologist, the written discovery, the pleading, and the motion briefing. If any sunk out-of-pocket expenses exist, Union Pacific may file notice of them (with supporting documents) by 31 October 2025. Dodd may respond

within fourteen calendar days. The Court will enter Judgment thereafter, dismissing the complaint without prejudice conditioned on Dodd's payment of reasonable lost expenses within thirty days of refiling her case.

Motion for summary judgment, *Doc. 9*, denied without prejudice. Motion for nonsuit, *Doc. 13*, granted on the specified condition.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2025