IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TINA DODD, Individually and as special
administrator and personal representative
of the estate of Jeri Lynn Emmons                                         PLAINTIFF

v.                              No. 3:24-cv-121-DPM

UNION PACIFIC RAILROAD
COMPANY and CRAIG ANSELMI                                          DEFENDANTS

## JUDGMENT

Dodd's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 November 2025